1  CALVIN E. DAVIS  (SBN: 101640)
   AARON P. RUDIN (SBN: 223004)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 5200
3  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   E-mail: cdavis@gordonrees.com;
5  arudin@gordonrees.com
   Attorneys for Defendants CINCH BAKERY
6  EQUIPMENT, LLC and CINDY CHANANIE

7

8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11  DINH NGUY,                          )  CASE NO.: 2:13-cv-02283-TLN-KJN
                                        )
12                    Plaintiff,        )  **[PROPOSED] ORDER**
                                        )
13                                      )  [Request for Telephonic Appearance At
                                        )  Hearing on Pending Cross-Motions filed
14       vs.                            )  concurrently herewith.]
                                        )
15  CINCH BAKERY EQUIPMENT, LLC;        )  Date:      May 28, 2015
16  CINDY CHANANIE; BACKTECHNIC S.I.;   )  Time:      10:00 a.m.
    GERD MANG; and JOHN and JANE DOES 1-)  Courtroom: 25, 8th Floor
17  10,                                 )  Judge:     Hon. Kendall J. Newman
                                        )
18                                      )
                    Defendants.         )
19  _____ )

20          The court hereby approves the Request for Telephonic Appearance by counsel for

21  Defendants Cinch Bakery Equipment LLC and Cindy Chananie, to appear at the hearing on the

22  pending cross-motions in the above-captioned matter, scheduled for May 28, 2015, at 10:00 a.m.

23  Counsel for Defendants, Aaron P. Rudin, is directed to be available by telephone at (213) 576-

24  5085 at least ten minutes prior to the scheduling hearing time.

25

26  Dated:  May 21, 2015

27  _____
    KENDALL J. NEWMAN
28  UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071

1092472/23594849v.1