CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com;
arudin@gordonrees.com
Attorneys for Defendants CINCH BAKERY EQUIPMENT, LLC and CINDY CHANANIE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH NGUY,<br><br>      Plaintiff,<br><br>    v.<br><br>CINCH BAKERY EQUIPMENT, LLC, et al.,<br><br>      Defendants. | No. 2:13-cv-2283-TLN-KJN<br><br>**[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PENDING CROSS MOTIONS** |

The court hereby approves the Request for Telephonic Appearance by counsel for Defendants Cinch Bakery Equipment LLC and Cindy Chananie, to appear at the hearing on the pending cross-motions in the above-captioned matter, scheduled for June 25, 2015, at 10:00 a.m. Counsel for Defendants, Aaron P. Rudin, is directed to be available by telephone at (213) 576-5085 at least ten minutes prior to the scheduling hearing time.

Dated: June 22, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1