UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINH NGUY,<br><br>   Plaintiff,<br><br>   v.<br><br>CINCH BAKERY EQUIPMENT, LLC, et al.,<br><br>   Defendants. | No.  2:13-cv-2283-TLN-KJN PS<br><br><br>ORDER |

   This matter proceeds before the undersigned because plaintiff Dinh Nguy, the only plaintiff in this action, was until recently proceeding without counsel.  See E.D. Cal. Local Rule 302(c)(21) (referring pro se matters to Magistrate Judges).

   On September 3, 2015, plaintiff filed a proposed substitution of attorney, which indicates that plaintiff is now represented by attorney Jaclyn L. Powell in this action.  (See Substitution of Atty., ECF No. 47.)  This filing demonstrates that both Ms. Powell and plaintiff consent to Ms. Powell's appearance as counsel for plaintiff, which would afford plaintiff legal representation with respect to any further proceedings in this action.  Accordingly, through this order, the undersigned approves the proposed substitution of attorney.  E.D. Cal. Local Rule 182(g).

   In light of the appearance of counsel on plaintiff's behalf, neither all the plaintiffs nor all the defendants in this action are proceeding in propria persona.  Accordingly, further proceedings in this

1

action, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the United States District Judge assigned to this action. See E.D. Cal. Local Rule 302(c)(21) ("Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney appearing in accordance with L.R. 180.").

For the reasons stated above, it is hereby ORDERED that:

1. Plaintiff's substitution of attorney (ECF No. 47) is approved.

2. This matter, including defendants' pending motion to confirm the arbitration award (ECF No. 44), is referred to the United States District Judge assigned to this action. See E.D. Cal. L.R. 302(c)(21).

3. All dates pending before the undersigned are VACATED. Defendants shall contact the courtroom deputy for the assigned District Judge to select a hearing date for their pending motion to confirm the arbitration award (ECF No. 44).

4. Henceforth, the caption on documents filed in this action shall be No. 2:13-cv-2283-TLN-KJN.

IT IS SO ORDERED.

Dated: September 4, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2